IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CAUSE NO. 1:07CR6-LG-JMR-1

TERESA M. BAUMGART

## ORDER GRANTING MOTION TO QUASH GARNISHMENT

**BEFORE THE COURT** is the Government's Motion to Quash [40] the Writ of Garnishment [38] issued by the Clerk of this Court on April 20, 2015. The Government asserts that the garnishee BancorpSouth Bank is not indebted to the defendant Teresa Baumgart and does not have any of Baumgart's effects under its possession or control.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Quash [40] filed by the Government is **GRANTED**. The Writ of Garnishment [38] issued on April 20, 2015 is **QUASHED**, and the Garnishee BancorpSouth Bank is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 7th day of May, 2015.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge