IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CAUSE NO. 1:07CR6-LG-JMR-1

**TERESA M. BAUMGART**

## ORDER GRANTING MOTION TO QUASH GARNISHMENT

**BEFORE THE COURT** is the Government's Motion to Quash [43] the Writ of Garnishment [36] issued by the Clerk of this Court on April 20, 2015.  The Government asserts that the garnishee Peoples Bank does not have custody, control, or possession of any property in which Baumgart maintains an interest.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Quash [43] filed by the Government is **GRANTED**.  The Writ of Garnishment [36] issued on April 20, 2015 is **QUASHED**, and the Garnishee Peoples Bank is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 19th day of May, 2015.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge